RECEIVED

CLERK, U.S. ...
WESTERN ...
BY

JUDGE FRANK MONTALVO

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| PETITIONER, | § § | |
| v. | § § | CIVIL ACTION NO. |
| $502,869.00, MORE OR LESS, IN FUNDS FOMERLY ON DEPOSIT IN PNC BANK ACCOUNT NUMBER XXXXXX0996, | § § § § § | EP24CV0099 |
| RESPONDENT. | § | |

## WARRANT FOR THE ARREST OF PROPERTY

**TO THE FEDERAL BUREAU OF INVESTIGATION OR OTHER AUTHORIZED LAW ENFORCEMENT OFFICER OR ANY OTHER PERSON OR ORGANIZATION AUTHORIZED BY LAW TO ENFORCE THE WARRANT:**

WHEREAS, on March __, 2024, Petitioner United States of America, by its attorneys, Jaime Esparza, United States Attorney for the Western District of Texas, and Assistant United States Attorney Patricia J. Acosta, filed a Verified Complaint for Forfeiture in the United States District Court for the Western District of Texas, against approximately $502,869.00, in funds formerly on deposit in PNC Bank account number XXXXXX0996, seized on or about September 11, 2023, in El Paso, Texas, in the Western District of Texas (hereinafter referred to as the "Respondent Property"), alleging that the Respondent Property is subject to forfeiture to the United States of America pursuant to Title 18 U.S.C. § 981(a)(1)(C), as property involved in the violation of Title 18 U.S.C. § 1030, and

WHEREAS an Order has been entered by the United States District Court for the Western District of Texas that a Warrant for Arrest of Property be issued as prayed for by Petitioner United States of America,

YOU ARE THEREFORE COMMANDED to arrest the Respondent Property as soon as practicable by serving a copy of this warrant on the custodian in whose possession, custody or control the Respondent Property is presently found, and to use whatever means may be appropriate to protect and maintain it in your custody until further order of this Court, including designating a substitute custodian or representative for the purposes of maintaining the care and custody of the Respondent Property and to make a return as provided by law.

SIGNED this _____ day of _____, 2024.

PHILIP J. DEVLIN
United States District Clerk
Western District of Texas

By: _____
Deputy