RECEIVED

JUDGE FRANK MONTALVO
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| PETITIONER, | § § | |
| v. | § § | CIVIL ACTION NO. |
| $502,869.00, MORE OR LESS, IN FUNDS FOMERLY ON DEPOSIT IN PNC BANK ACCOUNT NUMBER XXXXXX0996, | § § § § | EP24CV0099 |
| RESPONDENT. | § § § | |

## ORDER FOR WARRANT OF ARREST OF PROPERTY

WHEREAS, on March ___, 2024, Petitioner United States of America, by its attorneys, Jaime Esparza, United States Attorney for the Western District of Texas, and Assistant United States Attorney Patricia J. Acosta, filed a Verified Complaint for Forfeiture in the United States District Court for the Western District of Texas, against the following property:

- **Approximately $502,869.00, in funds formerly on deposit in PNC Bank account number XXXXXX0996,**

seized on or about September 11, 2023, in El Paso, Texas, in the Western District of Texas (hereinafter referred to as the "Respondent Property"), alleging that the Respondent Property is subject to forfeiture to the United States of America to pursuant to Title 18 U.S.C. § 981(a)(1)(C), as property involved in the violation of Title 18 U.S.C. §§1030 and 1343,

IT IS THEREFORE ORDERED that a Warrant for the Arrest of Property against the Respondent Property issue as prayed for, and that the Federal Bureau of Investigation, and/or the United States Marshal Services, or any other law enforcement officer, or any other person or organization authorized by law to enforce the warrant, be commanded to arrest the Respondent Property and take them into possession for safe custody as provided by Rule G, Supplemental Rules of Federal Rules of Civil Procedure, until further order of the Court, and to use whatever

means may be appropriate to protect and maintain them in their custody, including designating a substitute custodian or representative for the purposes of maintaining the care and custody of the Respondent Property, and to make a return as provided by law.

SIGNED this _____ day of _____, 2024.

_____
UNITED STATES DISTRICT JUDGE