# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| PETITIONER, | § | |
| | § | CIVIL ACTION NO. EP-24-CV-0099-FM |
| v. | § | |
| | § | |
| $502,869.00, MORE OR LESS, IN FUNDS FOMERLY ON DEPOSIT IN PNC BANK ACCOUNT NUMBER XXXXXX0996, | § | |
| | § | |
| RESPONDENT. | § | |

## UNITED STATES OF AMERICA'S
## MOTION TO STAY CIVIL PROCEEDINGS

The United States of America, by and through the United States Attorney for the Western District of Texas, Jaime Esparza, the undersigned Assistant United States Attorney, respectfully moves this Court to stay proceedings in this case. Petitioner moves the Court for entry of an order staying the proceedings in this civil forfeiture case due to a continuing related criminal investigation and respectfully shows the Court as follows:

**I.**

Title 18 United States Code U.S.C. § 981(g)(1) sets forth the following:

Upon the motion of the United States of America, the court *shall* stay the civil forfeiture proceedings if the court determines that civil discovery will adversely affect the ability of the Government to conduct a related criminal investigation or the prosecution of a related criminal case. (emphasis added)

**II.**

On March 28, 2024, the United States initiated this civil forfeiture action in rem (ECF No. 1) against the following respondent property:

- Approximately $502,869.00, in funds formerly on deposit in PNC Bank account number XXXXXX0996,

hereinafter collectively referred to as the "Respondent Property."

In the Verified Complaint, the United States set out the allegations demonstrating that the Respondent Property is subject to forfeiture pursuant to Title 18 U.S.C. § 981(a)(1)(C) for violation of Title 18 U.S.C. § 1030.

On April 23, 2024, this Court entered an Order for Warrant of Arrest of Property (ECF No. 5) and a Warrant for Arrest of Property (ECF No. 6).

**III.**

To ensure the government will be able to conduct discovery of the claim and not impede the prosecution of the criminal investigation, the United States of America hereby requests that this civil forfeiture action be stayed pending disposition of the criminal case.

**IV**.

WHEREFORE, Petitioner United States of America respectfully moves this Honorable Court to stay the instant civil forfeiture case in this matter until disposition of the underlying criminal investigation.

Respectfully submitted,

JAIME ESPARZA
United States Attorney for the
Western District of Texas

By:      /s/
Patricia J. Acosta
Assistant United States Attorney
Texas Bar No. 90001590
700 E. San Antonio, Suite 200
El Paso, Texas 79901
Tel.: (915) 534-6884
Email: patricia.acosta@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 24, 2024, the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF System. Service is not applicable as there are no parties to be notified of or served with this filing.

     /s/
Patricia J. Acosta
Assistant United States Attorney