UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| PETITIONER, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. EP-24-CV-0099-LS |
| | § | |
| $502,869.00, MORE OR LESS, IN FUNDS FOMERLY ON DEPOSIT IN PNC BANK ACCOUNT NUMBER XXXXXX0996, | § | |
| | § | |
| RESPONDENT. | § | |

### UNITED STATES OF AMERICA'S STATUS REPORT TO THE COURT

The United States of America, by and through its United States Attorney for the Western District of Texas and the undersigned Assistant United States Attorney, submits this Status Report to the Court, with regard to the following property, namely:

- Approximately $502,869.00, in funds formerly on deposit in PNC Bank account number XXXXXX0996,

hereinafter the "Respondent Property".

**I.**

On March 28, 2024, the Government filed a Verified Complaint for Forfeiture (ECF No. 1). The Warrant for the Arrest of Property (ECF No. 6) was entered by this Court on April 23, 2024. On April 24, 2024, the Government filed a Motion to Stay Civil Proceedings (ECF No. 7).

On April 25, 2024, the Court issued an Order Staying Case (ECF No. 8) until the conclusion of the criminal forfeiture proceedings, and also ordered the Government to file status updates every 90 days. On July 18, 2024, the Government filed its first Status Report with the Court (ECF No.

10). On October 17, 2024, the Government filed its second Status Report (ECF No. 11). The Government now files its third Status Report to remain in compliance with the Court's Order Staying Case.

**II.**

The Government files the instant Status Report to apprise the Court of the need to continue the Order Staying Case because the related criminal proceeding has not concluded. Accordingly, the provisions of 18 U.S.C. § 981(g)(1) set forth the following: Upon the motion of the United States of America, the court shall stay the civil forfeiture proceedings if the court determines that civil discovery will adversely affect the ability of the Government to conduct discovery, and if it will impede or provide evidence on an on-going related criminal investigation or the prosecution of a related criminal case. In the instant case, civil discovery will adversely affect the ability of the Government to conduct the related criminal investigation. *See* 18 USCA § 981.

**III.**

The United States maintains that discovery and trial in the instant civil forfeiture case cannot go forward at this time without adversely affecting the Government's ability to conduct the related criminal investigation. The facts in the related criminal investigation are the same or similar facts and circumstances which gave rise to those facts set forth in the Verified Complaint for Forfeiture filed in the instant case.

The United States therefore requests that this Court continue the stay in this case for a period of time to permit the completion of the criminal investigation. The United States will continue to update the Court with additional Status Reports as requested by the Court.

Respectfully submitted,

JAIME ESPARZA
UNITED STATES ATTORNEY

By: /s/
PATRICIA J. ACOSTA
Assistant U.S. Attorney
Texas Bar #90001590
700 E. San Antonio, Suite 200
El Paso, Texas 79901
(915) 534-6884