UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** § | |
| § | |
| **PETITIONER,** § | |
| § | |
| v. § | **CRIMINAL NO. EP-24-CV-0099-LS** |
| § | |
| **$502,869.00, MORE OR LESS, IN** § | |
| **FUNDS FOMERLY ON DEPOSIT IN** § | |
| **PNC BANK ACCOUNT NUMBER** § | |
| **XXXXXX0996,** § | |
| | |
| **RESPONDENT.** | |

**UNITED STATES OF AMERICA'S
MOTION TO LIFT STAY AND TO UNSEAL VERIFIED
COMPLAINT FOR FORFEITURE WITH ATTACHMENTS**

The United States of America, by and through Justin R. Simmons, the United States Attorney for the Western District of Texas, and the undersigned Assistant United States Attorney and files its Motion to Lift Stay and to Unseal Verified Complaint for Forfeiture with Attachments and for cause would show this Honorable Court that:

**I.**

On March 28, 2024, the Government filed a Verified Complaint for Forfeiture and the United States of America's *Ex-Parte* Motion to File Under Seal and Stay Case, "Verified Complaint for Forfeiture with Attachments" (ECF No. 1).

On April 12, 2024, this Honorable Court entered the Order to Seal Case (ECF No. 3) and on April 25, 2024, this Honorable Court entered an Order Granting Motion to Stay (ECF No. 8) staying the instant forfeiture action proceedings pending the conclusion of the corresponding criminal investigation.

## II.

The United States of America respectfully advises the Court that a stay is no longer required, and that the United States will pursue forfeiture of the Respondent Property in the instant forfeiture action.

WHEREFORE, the United States of America respectfully moves this Honorable Court to lift the stay the instant civil forfeiture action and order the Clerk of Court to unseal the Verified Complaint for Forfeiture with Attachments.

                                                                     Respectfully submitted,

                                                                     JUSTIN R. SIMMONS
                                                                     UNITED STATES ATTORNEY

By:         /s/        
      Patricia J. Acosta
      Assistant United States Attorney
      Texas Bar No. 90001590
      700 E. San Antonio, Suite 200
      El Paso, Texas 79901
      Tel.: (915) 534-6884
      Email: patricia.acosta@usdoj.gov