UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| PETITIONER, | § § | |
| v. | § § | CRIMINAL NO. EP-24-CV-0099-LS |
| $502,869.00, MORE OR LESS, IN FUNDS FOMERLY ON DEPOSIT IN PNC BANK ACCOUNT NUMBER XXXXXX0996, | § § § § § | |
| RESPONDENT. | | |

### ORDER TO LIFT STAY AND UNSEAL VERIFIED COMPLAINT FOR FORFEITURE WITH ATTACHMENTS

On this date came on for consideration the United States of America's Motion to Lift Stay and to Unseal Verified Complaint for Forfeiture with Attachments, and the Court having considered the same and being duly and fully apprised in all its premises is of the opinion that the said Motion is meritorious and shall be, and hereby is, in all things GRANTED.

IT IS THEREFORE ORDERED that the stay of proceedings in the instant civil forfeiture action is lifted, and

IT IS FURTHER ORDERED that Clerk of Court shall unseal the Verified Complaint for Forfeiture with Attachments in the instant case.

SIGNED this ___16th___ day of ___October___, 2025.

HONORABLE LEON SCHYDLOWER
UNITED STATES DISTRICT JUDGE