UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § <br> § <br> PETITIONER, § <br> § <br> v. § <br> § <br> $502,869.00, MORE OR LESS, IN § <br> FUNDS FOMERLY ON DEPOSIT IN § <br> PNC BANK ACCOUNT NUMBER § <br> XXXXXX0996, § <br> § <br> RESPONDENT. § | CIVIL ACTION NO. EP-24-CV-0099-LS |

## NOTICE OF SERVICE

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Petitioner United States of America files this document respectfully notifying the Court that the Verified Complaint for Forfeiture (ECF No. 1), Order for Warrant of Arrest of Property (ECF No. 5), and Warrant for Arrest of Property (ECF No. 6), hereinafter collectively referred to as "Legal Notice", in the above-captioned case was served upon the following individuals and entity via FedEx:

- On October 28, 2025, the Legal Notice was sent via FedEx to Forehand Traders, LLC at 2719 Courtlandt Ave., Kalamazoo, Michigan 49004 and was received on October 30, 2025, (*see* Attachment A);

- On October 28, 2025, the Legal Notice was sent via FedEx to Sheldon K St Prix at 5585 Rock Springs Rd., Lithonia, GA 30038 and was received October 30, 2025, (*see* Attachment B);

- On October 28, 2025, the Legal Notice was sent via FedEx to Sheldon K St Prix at 1151 Carroll St. Apt. 2D, Brooklyn, NY 11225 and was received October 30, 2025, (*see* Attachment C);

- On October 28, 2025, the Legal Notice was sent via FedEx to Sheldon K St Prix at 1184 President St. Apt. 1A, Brooklyn, NY 11225 and was undeliverable and returned to sender November 3, 2025, (*see* Attachment D);

- On October 28, 2025, the Legal Notice was sent via FedEx to Flores, Tawney, Acosta P.C. Law Firm, 906 N. Mesa 2nd Floor, El Paso, TX 79902 and was received October 29, 2025, (*see* Attachment E);

- On October 28, 2025, the Legal Notice was sent via FedEx to Tawney, Acosta & Chaparro P.C., 7016 Orizaba Ave., El Paso, TX 79912 and was received October 29, 2025, (*see* Attachment F);

- On October 28, 2025, the Legal Notice was sent via FedEx to AUSA District of New Mexico, c/o Cassandra Currie, 201 Third Street NW, Suite 900, Albuquerque, NM 87102 and was received October 30, 2025, (*see* Attachment G); and

- On October 28, 2025, the Legal Notice was sent via FedEx to PNC Bank, PNC Tower 18th Floor 300 Fifth Ave., Pittsburgh, PA 15222 and was received October 30, 2025, (*see* Attachment H).

Respectfully submitted,

JUSTIN R. SIMMONS
United States Attorney for the
Western District of Texas

By:     /s/
Patricia J. Acosta
Assistant United States Attorney
Texas Bar No. 90001590
700 E. San Antonio, Suite 200
El Paso, Texas 79901
Tel.: (915) 534-6884
Email: patricia.acosta@usdoj.gov