

ORIGIN ID:ELPA    (915) 534-8884
JESSICA ACOSTA
DEPT OF JUSTICE/USA
700 EAST SAN ANTONIO AVE.

EL PASO, TX 79901
UNITED STATES US

TO AUSA DISTRICT OF NEW MEXICO
C/O CASSANDRA CURRIE
201 THIRD STREET NW, SUITE 900

ALBUQUERQUE NM 87102
(915) 356-2255 X 2255
INV:
PO:
REF: AUSA DISTRICT OF NEW MEXICO
DEPT:

SHIP DATE: 28OCT25
ACTWGT: 0.25 LB
CAD: 100668090/NET4535

BILL SENDER

THU – 30 OCT 5:00P
** 2DAY **

NM-US    ABQ
87102

SP ONMA

TRK# 8855 5457 2020
0201

**FedEx** Express

58HJ2/501C/59F2

---

After printing this label:

**CONSIGNEE COPY - PLEASE PLACE IN FRONT OF POUCH**
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

Attachment G

**FedEx**

January 15, 2026

Dear Customer,

The following is the proof-of-delivery for tracking number: 885554572020

| Delivery Information: | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Shipping/Receiving |
| Signed for by: | A.Bernier | Delivery Location: | |
| Service type: | FedEx 2Day | | |
| Special Handling: | Deliver Weekday | | ALBUQUERQUE, NM, |
| | | Delivery date: | Oct 30, 2025 13:35 |

| Shipping Information: | | | |
|---|---|---|---|
| Tracking number: | 885554572020 | Ship Date: | Oct 28, 2025 |
| | | Weight: | 0.5 LB/0.23 KG |
| Recipient: | | Shipper: | |
| ALBUQUERQUE, NM, US, | | El Paso, TX, US, | |

| | |
|---|---|
| Reference | AUSA District of New Mexico |
| Purchase Order | USA/SS/TXW5/ELPA |

FedEx Express proof-of-delivery details appear below; however, no signature is currently available for this shipment. Please check again later for a signature.

Thank you for choosing FedEx