# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| *Plaintiff*, | § |
| v. | § No. 3:24-CV-00099-LS |
| $502,869.00 MORE OR LESS, IN FUNDS FORMERLY ON DEPOSIT IN PNC BANK ACCOUNT NUMBER XXXXXX0996, | § |
| *Defendant*. | § |

## ORDER

The Clerk has entered default in this case against the Defendant.[1] Plaintiff shall move for default judgment under Federal Rule of Civil Procedure 55(b) no later than **February 27, 2026.**

**SO ORDERED**.

**SIGNED** and **ENTERED** on January 26, 2026.

_____
**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**

---

[1] ECF No. 23.