**AFFIDAVIT IN SUPPORT OF**
**REQUEST FOR ENTRY OF DEFAULT**

I, PATRICIA J. ACOSTA, being first duly sworn, depose and say:

1. I am an Assistant United States Attorney for the Western District of Texas.

2. This Affidavit is executed by me in accordance with Rule 55(a), Federal Rules of Civil Procedure, for the purpose of enabling the Petitioner, United States of America, to obtain an entry of default against the Respondent $502,869.00, more or less, in funds formerly on deposit in PNC Bank account number XXXXXX0996, Forehand Traders LLC, Sheldon K. St. Prix, Flores, Tawney, Acosta P.C. Law Firm, Tawney, Acosta & Chaparro P.C., PNC Bank, AUSA District of New Mexico, and all persons claiming an interest in said property, for failure to timely claim, answer, or otherwise defend as to the Petitioner's Verified Complaint for Forfeiture *in rem*.

3. The Respondent Property was seized by the Federal Bureau of Investigation on September 11, 2023.

4. On March 28, 2024, the Petitioner filed a Verified Complaint for Forfeiture (ECF No. 1), alleging that the Respondent Property should be forfeited to the United States of America pursuant to Title 18 U.S.C. § 981(a)(1)(C).

5. On April 23, 2024, this Court issued an Order for Warrant of Arrest Property (ECF No. 5).

6. On or about April 23, 2024, the Clerk of Court issued the Warrant for the Arrest of Property (ECF No. 6).

7. Notice of the forfeiture action and a copy of the complaint was sent to Forehand Traders LLC, Sheldon K. St. Prix, Flores, Tawney, Acosta P.C. Law Firm, Tawney, Acosta & Chaparro P.C., PNC Bank, and AUSA District of New Mexico.

**Appendix A**

8. Notice of Civil Forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on October 31, 2025, and concluding on November 29, 2025, making claims due by December 30, 2025, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

9. There are no other potential claimants for the Government to send notice to directly or to notice by publication.

10. Court records for the United States District Clerk's Office, El Paso Division, reveal that no other claims or answers have been filed in this cause of action against the Respondent Property, and the time for filing such has now expired.

11. The undersigned Assistant United States Attorney is not aware of a minor child, incompetent person, or person in the military with an interest in the action.

12. The Petitioner's claim is for a sum certain or a sum which by computation can be made certain.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 20, 2026.

Respectfully Submitted,

JUSTIN R. SIMMONS
UNITED STATES ATTORNEY

By: *Patricia Acosta*
PATRICIA J. ACOSTA
Assistant U.S. Attorney
Texas Bar #90001590
700 E. San Antonio, Suite 200
El Paso, Texas 79901
Phone: (915) 534-6884
Email: patricia.acosta@usdoj.gov