UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** § | |
| § | |
| **PETITIONER,** § | |
| § | |
| v. § | **CIVIL ACTION NO. EP-24-CV-0099-LS** |
| § | |
| **$502,869.00, MORE OR LESS, IN** § | |
| **FUNDS FOMERLY ON DEPOSIT IN** § | |
| **PNC BANK ACCOUNT NUMBER** § | |
| **XXXXXX0996,** § | |
| § | |
| **RESPONDENT.** | |

## DEFAULT JUDGMENT OF FORFEITURE

Petitioner United States of America has moved this Court, pursuant to Title 28, United States Code (U.S.C.), Rule 55(b)(2) of the Federal Rules of Civil Procedure (Fed. R. Civ. P.), for entry of a Default Judgment of Forfeiture in favor of Petitioner United States of America against the below property, more fully described as:

- **Approximately $502,869.00, in funds formerly on deposit in PNC Bank account number XXXXXX0996,**

hereinafter referred to as the Respondent Property, and against any and all right, title, and interest of Forehand Traders LLC, Sheldon K. St. Prix, Flores, Tawney, Acosta P.C. Law Firm, Tawney, Acosta & Chaparro P.C., PNC Bank, AUSA District of New Mexico, and any and all other potential claimants, who were served by publication, in the Respondent Property.

The Court finds that Petitioner has proven by a preponderance of the evidence that there is nexus between the Respondent Property and the violation of Title 18 U.S.C. § 1030 by virtue of the facts cited in the Verified Complaint for Forfeiture and Appendix A (ECF Nos. 1 and 2-2), and that the Respondent Property is subject to forfeiture to the United States of America pursuant to Title 18 U.S.C. § 981(a)(1)(C), and that Forehand Traders LLC, Sheldon K. St. Prix, Flores,

Tawney, Acosta P.C. Law Firm, Tawney, Acosta & Chaparro P.C., PNC Bank, AUSA District of New Mexico, and any and all other potential claimants, who were served by publication, were properly served with notice of this civil forfeiture action. The Court also finds that the Clerk's Entry of Default was properly entered on January 22, 2026 (ECF No. 23).

Petitioner has also shown that no claims or answers have been filed in this cause of action as required by Rule G of the Supplemental Rules for Certain Admiralty and Maritime Claims and Asset Forfeiture Actions, Fed. R. Civ. P., by Title 18 U.S.C. § 983(a)(4)(A) and (B), and as required by this Court's Order for Warrant of Arrest of Property (ECF No. 5) entered on April 23, 2024.

As such, Forehand Traders LLC, Sheldon K. St. Prix, Flores, Tawney, Acosta P.C. Law Firm, Tawney, Acosta & Chaparro P.C., PNC Bank, AUSA District of New Mexico, and any and all other potential claimants, who were served by publication, are all now in default and this Court, being duly and fully apprised in all the premises, believes Petitioner's Motion is well-founded and should be, and hereby is, in all things GRANTED;

THEREFORE, IT IS HEREBY ORDERED that a Default Judgment of Forfeiture be, and hereby is, entered against the Respondent Property; and

IT IS FURTHER ORDERED that any and all right, title, and interest of Forehand Traders LLC, Sheldon K. St. Prix, Flores, Tawney, Acosta P.C. Law Firm, Tawney, Acosta & Chaparro P.C., PNC Bank, AUSA District of New Mexico in the Respondent Property be, and hereby are, held in default and FORFEITED to the United States of America; and

IT IS FURTHER ORDERED that any and all right, title, and interest of any and all other potential claimants, who were served by publication, in the Respondent Property be, and hereby are, held in default and FORFEITED to the United States of America; and

IT IS FURTHER ORDERED that the Respondent Property, be and hereby is, FORFEITED

to the United States of America; and

IT IS FURTHER ORDERED that the Federal Bureau of Investigation and/or its designated agent shall dispose of the Respondent Property, in accordance with law; and

IT IS FURTHER ORDERED that any and all costs and expenses regarding the seizure and forfeiture process of the Respondent Property be reimbursed to the Federal Bureau of Investigation and/or its designated agent from the Respondent Property.

IT IS SO ORDERED.

SIGNED the \_\_\_\_\_ day of _____, 2026.

_____
HONORABLE LEON SHYDLOWER
UNITED STATES DISTRICT JUDGE