UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | § |
| *Petitioner*, | § No. 3:24-CV-0099-LS |
| v. | § |
| **$502,869.00, MORE OR LESS, IN FUNDS FORMERLY ON DEPOSIT IN PNC BANK ACCOUNT NUMBER XXXXXX0996,** | § |
| *Respondent*. | § |

## FINAL JUDGMENT

Consistent with its Default Judgment of Forfeiture entered today and Federal Rule of Civil Procedure 58, the Court enters this Final Judgment.

**IT IS HEREBY ORDERED** that a Default Judgment of Forfeiture be, and hereby is, entered against the Respondent Property; and

**IT IS FURTHER ORDERED** that any and all right, title, and interest of Forehand Traders LLC, Sheldon K. St. Prix, Flores, Tawney, Acosta P.C. Law Firm, Tawney, Acosta & Chaparro P.C., PNC Bank, and AUSA District of New Mexico in the Respondent Property be, and hereby are, held in default and **FORFEITED** to the United States of America; and

**IT IS FURTHER ORDERED** that any and all right, title, and interest of any and all other potential claimants, who were served by publication, in the Respondent Property be, and hereby are, held in default and **FORFEITED** to the United States of America; and

**IT IS FURTHER ORDERED** that the Respondent Property, be and hereby is, **FORFEITED** to the United States of America; and

**IT IS FURTHER ORDERED** that the Federal Bureau of Investigation and/or its designated agent shall dispose of the Respondent Property in accordance with law; and

**IT IS FURTHER ORDERED** that any and all costs and expenses regarding the seizure and forfeiture process of the Respondent Property be reimbursed to the Federal Bureau of Investigation and/or its designated agent from the Respondent Property.

All pending motions are denied as moot and the Clerk shall **CLOSE** the case.

**SO ORDERED**.

**SIGNED** and **ENTERED** on February 1, 2026.

                                                                             _____
                                                                             **LEON SCHYDLOWER**
                                                                             **UNITED STATES DISTRICT JUDGE**